UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>Plaintiff,<br><br>v.<br><br>CA DEPT. OF CORRECTIONS, et al.,<br><br>Defendants. | No. 2:22-cv-0351 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 28, 2022, the undersigned granted plaintiff thirty days to file an application to proceed in forma pauperis or pay the filing fee. On March 28, 2022, plaintiff filed a motion for an extension of time to respond to the February 28, 2022 order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to submit an application to proceed in forma pauperis or the required fee in the amount of $402.00.

Dated: April 6, 2022

welk0351.36

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE