UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK, | No. 2: 22-cv-0351 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for judicial intervention. (ECF No. 40.)  For the reasons stated herein, plaintiff's motion for judicial intervention is denied.

      On December 22, 2022, the undersigned ordered service of defendants.  On March 21, 2023, process directed to defendants Scott and Page was returned unserved because they could not be identified.

      On April 3, 2023, the undersigned granted plaintiff sixty days to provide additional information for service of defendants Scott and Page.  The undersigned ordered plaintiff to promptly seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or other means available to plaintiff.  The undersigned ordered that if access to the required information was denied or unreasonably delayed, plaintiff may seek judicial intervention.

On May 26, 2023, plaintiff filed the pending motion for judicial intervention. In this motion, plaintiff states that he sought additional information for service of defendants Scott and Page "through every avenue available to him, without any successful result." Plaintiff requests that the court assist him in obtaining information necessary for service of defendants Scott and Page.

In the motion for judicial intervention, plaintiff does not describe the specific steps he took to obtain the information required for service of defendants Scott and Page. Without this information, the undersigned cannot determine whether plaintiff complied with the April 3, 2023 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for judicial intervention (ECF No. 40) is denied without prejudice;
2. Plaintiff is granted thirty days from the date of this order to file a renewed motion for judicial intervention in which he specifically describes the steps he took to obtain the information required for service of defendants Scott and Page;
3. Failure to comply with this order will result in a recommendation of dismissal of defendants Scott and Page.

Dated:  June 9, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Welk351.ord

2