UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK, | No. 2: 22-cv-0351 DAD KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2023, the undersigned recommended that defendant Wayne Scott be dismissed based on plaintiff's failure to return the forms necessary to effect service on defendant Scott. (ECF No. 48.) On September 25, 2023, plaintiff returned the forms necessary to effect service on defendant Scott. (ECF No. 49.)

Good cause appearing, the September 22, 2023 findings and recommendations are vacated. The undersigned separately orders service of defendant Scott.

Accordingly, IT IS HEREBY ORDERED that the September 22, 2023 findings and recommendations (ECF No. 48) are vacated.

Dated: October 2, 2023
Welk351.vac

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE