# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RICHARD JAMES WELK,                           No. 2:22-cv-0351 DAD KJN P

     Plaintiff,

  v.

CDCR, et al.,

     Defendants.                           **ORDER & WRIT OF HABEAS CORPUS**
_____/           **AD TESTIFICANDUM**

Richard James Welk, CDCR # G-25763, a necessary and material witness in a settlement conference in this case on March 7, 2024, is confined in the California Medical Facility (CMF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone, by Zoom video conference from his place of confinement, on Thursday, March 7, 2024, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Medical Facility at (707) 469-6025 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jan Nguyen, Courtroom Deputy, at jnguyen@caed.uscourts.gov.

<strong>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</strong>

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95687:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

////

////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 26, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Welk0351.841Z