1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD JAMES WELK,                      No.  2:22-cv-00351-DAD-KJN P

12                  Plaintiff,                  ORDER REQUIRING PARTIES TO FILE
                                                DISPOSITIONAL DOCUMENTS
13          v.

14    CAMPBELL, et al.,

15                  Defendants.

16

17          On March 7, 2024, a settlement conference was held and the parties reached a settlement

18    agreement.

19          Accordingly, it is HEREBY ORDERED that:

20          1.      All pending deadlines are VACATED; and

21          2.      The parties shall file dispositional documents within thirty (30) days from the date

22                  of service of this order.

23

24    IT IS SO ORDERED.

25    Dated:   **March 7, 2024**

26                                              UNITED STATES MAGISTRATE JUDGE

27

28

                                                     1